**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
IDRISSA MORALES,

                    Plaintiff,                   20 **CIVIL** 7233 (JPO)


     -v-                               **JUDGMENT**


COMMISSIONER OF SOCIAL SECURITY,
                          Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated April 28, 2021, that the decision of the

Commissioner of Social Security shall be, and hereby is, reversed and that this action shall be, and

hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C.

405(g), for further administrative proceedings.


**Dated:**  New York, New York
        April 28, 2021


                               **RUBY J. KRAJICK**
                             _____
                               **Clerk of Court**
                **BY:**      K. Mango
                               _____
                               **Deputy Clerk**